IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

IN ADMIRALTY

CASE NO.

IN RE THE COMPLAINT OF:
ROYAL CARIBBEAN CRUISES LTD.,
as owner of the two unnamed 2010 Seadoo
GTI-130 vessels, for Exoneration from
or Limitation of Liability.
_____/

### AFFIDAVIT OF VALUE

BEFORE ME, the undersigned authority, personally appeared, Captain Terry Moore, who after first being duly sworn, deposes and says:

1. I am and have been an accredited marine surveyor with the Society of Accredited Marine Surveyors and have acted in that capacity for over 25 years. In that capacity I have evaluated the value of the watercraft vessels at issue in this case.

2. As I did not personally inspect the subject vessels, my valuation of the two unknown 2010 Seadoo GTI-130 vessels was made on the basis of information provided to me by the Petitioner; namely, that the vessels were in good working condition with no noticeable damage after the subject incident and had zero hours of use.

3. Based on my experience, a review of relevant sources, and the abovementioned information provided to me by the Petitioner, the combined value of the two unnamed 2010 Seadoo GTI-130 vessels, after the incident of February 27, 2011 is USD $9600.00.

FURTHER AFFIANT SAYETH NOT.

_____
Captain Terry Moore

Sworn to and subscribed before me this 24 day of August, 2011.

_____
NOTARY PUBLIC, State of Florida

CHERYL GUNTER
MY COMMISSION # DD 755309
EXPIRES: March 1, 2012
Bonded Thru Notary Public Underwriters