IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

IN ADMIRALTY

CASE NO.

IN RE THE COMPLAINT OF:
ROYAL CARIBBEAN CRUISES LTD.,
as owner of the two unnamed 2010 Seadoo
GTI-130 vessels, for Exoneration from
or Limitation of Liability.
_____/

## MOTION FOR ORDER RESTRAINING PROSECUTION OF CLAIMS

Petitioners, ROYAL CARIBBEAN CRUISES LTD., as owner of the two unnamed 2010 Seadoo GTI-130 (hereinafter "Vessels"), by and through its undersigned counsel, and pursuant to Supplemental Admiralty Rule F(3), Files this Motion for Order Restraining Prosecution of Claims, and for its reasons, further states as follows:

Petitioners, having complied with the requirements of Supplemental Admiralty Rule F(1) hereby petition this Court for an Order Restraining Prosecution of any and all claims. Pursuant to Supplemental Rule F(3) on application of Petitioners the Court shall enjoin the further prosecution of any action or proceedings against ROYAL CARIBBEAN CRUISES LTD. At this time, Petitioners are unaware of any claims which are pending against it.

WHEREFORE, Petitioner respectfully requests that this Honorable Court grant herein its Order Restraining Prosecution of Claims.

DATED this 25th day of August 2011

**FOREMAN FRIEDMAN, PA**
*Attorneys for Petitioners*
One Biscayne Tower - Suite 2300

**FOREMAN FRIEDMAN, PA, 2 South Biscayne Boulevard, Miami, FL 33131 Tel: 305-358-6555 / Fax: 305-374-9077**

2 South Biscayne Boulevard
Miami, Florida 33131

Tel.: (305) 358-6555/Fax.: (305) 374-9077


By: _/s/ **Darren W. Friedman**_
**DARREN W. FRIEDMAN**
Florida Bar No.: 0146765
dfriedman@fflegal.com
**LAUREN J. SMITH**
Florida Bar No.: 0084705
lsmith@fflegal.com

-and-

RANDY S. GINSBERG, ESQ.
Florida Bar No.: 185485
rginsberg@rccl.com
Royal Caribbean Cruises, Ltd.
1050 Caribbean Way
Miami, FL 33132
*Co-Counsel for Petitioner*