UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-23070-CIV-ALTONAGA/Simonton

*In Re*

**ROYAL CARIBBEAN CRUISES LTD.
LITIGATION**

_____/

## ORDER

**THIS CAUSE** came before the Court upon Petitioner, Royal Caribbean Cruises Ltd.'s Verified Complaint for Exoneration From or Limitation of Liability ("Verified Complaint") [ECF No. 1], pursuant to 46 U.S.C. §§ 30501 *et seq.*, the Shipowner's Limitation of Liability Act ("Act"). The matter is also before the Court upon the Petitioner's (proposed) Monition [ECF No. 1-5], Motion for Leave to File Ad Interim Stipulation ("Motion for Stipulation") [ECF No. 1-8], (proposed) Notice of Publication [ECF No. 1-10], and Motion for Order Restraining Prosecution of Claims ("Motion for Injunction") [ECF No. 3].

The procedures governing proceedings under the Act are found in Rule F of the Federal Rules of Civil Procedure, Supplemental Rules for Admiralty or Maritime Claims ("Rule F"), as well as Local Admiralty Rule F, and Local Admiralty Rule 6 ("Local Rule 6"). Pursuant to Rule F(1), upon filing a complaint for limitation of liability in the district court, the owner of a vessel

> shall deposit with the court, for the benefit of claimants, a sum equal to the amount or value of the owner's interest in the vessel and pending freight, or approved security therefor . . . . The plaintiff shall *also give security for costs* and, if the plaintiff elects to give security, for interest at the rate of 6 percent per annum from the date of the security.

FED. R. CIV. P. SUPP. R. F(1) (emphasis added).

Petitioner has thus submitted a Motion for Stipulation, for leave to file an attached Ad Interim Stipulation ("Stipulation") [ECF No. 1-8] as proposed security in the amount of $9,600 plus

Case No. 11-23070-CIV-ALTONAGA/Simonton

interest at 6% per annum. Petitioner also submits an Affidavit of Value ("Affidavit") [ECF No. 1-8] stating that the value of the vessels at issue in this matter is $9,600. However, Petitioner's Motion for Stipulation, and the Stipulation itself, do not fully address the standard set forth in Rule F(1). The security provided by the vessel owner must represent not only the value of the owner's interest in the vessel(s), but also security for costs. The Affidavit, Motion for Stipulation and Stipulation make clear that the amount of $9,600 proposed as security represents only Petitioner's interest in the vessels. Moreover, even if the amount proposed as security satisfied Rule F(1), the language of the Stipulation, in particular the third paragraph, does not conform with the requirements of the Rule. The Stipulation places conditions upon payment of the security that do not exist in Rule F(1).

Only upon Petitioner's compliance with Rule F(1) may the Court issue an order enjoining all claims and proceedings against Petitioner with respect to this matter except in this action, *see* FED. R. CIV. P. SUPP. R. F(3), which is the relief Petitioner seeks in the Motion for Injunction. Likewise, the Court may not issue a monition under Rule F(4) unless the requirements of Rule F(1) have been met. *See* FED. R. CIV. P. SUPP. R. F(4).

It is therefore **ORDERED AND ADJUDGED** as follows

1. The Motion for Stipulation **[ECF No. 1-8]** is **DENIED** without prejudice to re-file in accordance with Rule F(1);

2. Petitioner shall publish a notice of its claims, and shall file proof of publication thereof no later than the return date, in accordance with Local Rule 6; and

3. The Motion for Order Restraining Prosecution of Claims **[ECF No. 3]**, and Monition **[ECF No. 1-5]** are **DENIED** pending Petitioner's compliance with Rule F(1) and submission of appropriate security.

Case No. 11-23070-CIV-ALTONAGA/Simonton

**DONE AND ORDERED** in Chambers at Miami, Florida, this 31st day of August, 2011.

                                                                     _____
                                                                     **CECILIA M. ALTONAGA**
                                                                     **UNITED STATES DISTRICT JUDGE**

cc:    counsel of record