IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

IN ADMIRALTY

CASE NO.

IN RE THE COMPLAINT OF:
ROYAL CARIBBEAN CRUISES LTD.,
as owner of the two unnamed 2010 Seadoo
GTI-130 vessels, for Exoneration from
or Limitation of Liability.
_____/

The Petitioner, Royal Caribbean Cruises Ltd., hereby files Exhibit A which was inadvertently not filed with the Amended Motion for Leave to File Ad Interim Stipulation of Value and Stipulation for Costs (DE #6).

DATED September 6, 2011
Miami, Florida

**FOREMAN FRIEDMAN, PA**
*Attorneys for Petitioners*
One Biscayne Tower - Suite 2300
2 South Biscayne Boulevard
Miami, Florida   33131
Tel.: (305) 358-6555/Fax.: (305) 374-9077

By: */s/ Darren W. Friedman*
**DARREN W. FRIEDMAN**
Florida Bar No.: 0146765
dfriedman@fflegal.com
**LAUREN J. SMITH**
Florida Bar No.: 0084705
lsmith@fflegal.com

-and-

RANDY S. GINSBERG, ESQ.
Florida Bar No.: 185485
rginsberg@rccl.com

Notice of Filing Exhibit A<br>Page 2

Royal Caribbean Cruises, Ltd.
1050 Caribbean Way
Miami, FL 33132
*Co-Counsel for Petitioner*