IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

IN ADMIRALTY

CASE NO.

IN RE THE COMPLAINT OF:
ROYAL CARIBBEAN CRUISES LTD.,
as owner of the two unnamed 2010 Seadoo
GTI-130 vessels, for Exoneration from
or Limitation of Liability.
_____/

### AFFIDAVIT OF VALUE

BEFORE ME, the undersigned authority, personally appeared, Captain Terry Moore, who after first being duly sworn, deposes and says:

1. I am and have been an accredited marine surveyor with the Society of Accredited Marine Surveyors and have acted in that capacity for over 25 years. In that capacity I have evaluated the value of the watercraft vessels at issue in this case.

2. As I did not personally inspect the subject vessels, my valuation of the two unknown 2010 Seadoo GTI-130 vessels was made on the basis of information provided to me by the Petitioner; namely, that the vessels were in good working condition with no noticeable damage after the subject incident and had zero hours of use.

3. Based on my experience, a review of relevant sources, and the abovementioned information provided to me by the Petitioner, the combined value of the two unnamed 2010 Seadoo GTI-130 vessels, after the incident of February 27, 2011 is USD $9600.00.

FURTHER AFFIANT SAYETH NOT.

_____
Captain Terry Moore

Sworn to and subscribed before me this __24__ day of __August__, 2011.

_____
NOTARY PUBLIC, State of Florida

CHERYL GUNTER
MY COMMISSION # DD 755309
EXPIRES: March 1, 2012
Bonded Thru Notary Public Underwriters

# GIBRALTAR PRIVATE
35 OCEAN REEF DRIVE, SUITE 100
KEY LARGO, FL. 33037
PHONE: 305-367-3040
FAX: 305-367-5040

## FACSIMILE COVER SHEET

DATE: 8-24-11

COMPANY: Foreman Friedman PA

ATTENTION: Lauren J Smith

FAX #: 305-374-9077

FROM: Terry Moore

SUBJECT: Affidavit of Value

COMMENTS:

NUMBER OF PAGES INCLUDING COVER SHEET: 2

This Facsimile contains CONFIDENTIAL INFORMATION which may also be LEGALLY PRIVILEGED and which is intended only for the use of the Addressee(s) named below. If you are not the intended recipient of this facsimile, or the employee or agent responsible for delivering it to the intended recipient, you are hereby notified that any dissemination or copying of this facsimile may be strictly prohibited. If you have received this facsimile in error, please notify the sender immediately by the telephone and return the original facsimile to us at the address via United States Postal Service.
If all pages were not received or are not legible, please contact sender at 305-367-3040.