UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-23070-CIV-ALTONAGA/Simonton

*In Re*

**ROYAL CARIBBEAN CRUISES LTD.
LITIGATION**

_____/

## ORDER

**THIS CAUSE** came before the Court upon Petitioner, Royal Caribbean Cruises Ltd.'s Verified Complaint for Exoneration From or Limitation of Liability ("Verified Complaint") [ECF No. 1], pursuant to 46 U.S.C. §§ 30501 *et seq.*, the Shipowner's Limitation of Liability Act. The matter is also before the Court upon the Petitioner's Amended Motion for Leave to File Ad Interim Stipulation of Value and Stipulation for Costs ("Amended Motion for Stipulation") [ECF No. 6].

The Court issued an Order on August 31, 2011 ("August 31 Order") [ECF No. 4] denying Petitioner's proposed Monition [ECF No. 1-5], Motion for Leave to File Ad Interim Stipulation [ECF No. 1-8], and Motion for Order Restraining Prosecution of Claims [ECF No. 3], for failure to comply with the requirements of Rule F of the Federal Rules of Civil Procedure, Supplemental Rules for Admiralty or Maritime Claims ("Supplemental Rule F"). Pursuant to Supplemental Rule F(1), upon filing a complaint for limitation of liability in the district court, a vessel owner "shall deposit with the court, for the benefit of claimants," security for "a sum equal to the amount or value of the owner's interest in the vessel and pending freight," costs, and interest of 6 percent per annum. The Court noted that Petitioner had not provided security for costs, and that the offered security placed conditions upon payment that do not exist in Supplemental Rule F(1). (*See* Aug. 31 Order 2).

Petitioner has filed an Amended Motion for Stipulation attaching a modified Ad Interim Stipulation of Value and Stipulation for Costs ("Stipulation") [ECF No. 6-1]. The Stipulation now

Case No. 11-23070-CIV-ALTONAGA/Simonton

clarifies that Petitioner provides security for costs, as well as for the sum representing Petitioner's interest in the two unnamed 2010 Seadoo GTI-130 vessels at issue in this action ("Vessels"), and interest. (*See* Stip. 2). Moreover, Petitioner will deposit the secured amounts "into the Court within fifteen (15) days after the demand thereof by any Claimant." (*Id.*)

The Amended Motion for Stipulation and Stipulation comply with Supplemental Rule F(1). Therefore, pursuant to the procedures outlined in Local Rule F(1), the Court hereby issues a monition and injunction, without prejudice to any claimant's right to assert the insufficiency of the Stipulation under Supplemental Rule F(7).

It is **ORDERED AND ADJUDGED** as follows:

1. The Amended Motion for Leave to File Ad Interim Stipulation of Value and Stipulation for Costs **[ECF No. 6]** is **GRANTED**, and the Ad Interim Stipulation of Value and Stipulation for Costs **[ECF No. 6-1]** is approved as security for a sum equal to the amount or value of Petitioner, Royal Caribbean Cruises Ltd.'s interest in the Vessels, costs, and interest. The amount of security is subject to such increases and decreases, together with approved security therefor, as the Court may order pursuant to Supplemental Rule F and Local Rule F;

2. All persons asserting claims against Petitioner, the Vessels, or any property of Petitioner, with respect to which claims the Verified Complaint [ECF No. 1] seeks limitation, are ordered and admonished ("Monition") to file their respective claims with the Clerk of this Court and to serve a copy of the claims on the attorneys for the Petitioner no later than **November 10, 2011** pursuant to Supplemental Rule F(4);

3. Petitioner is directed to effect public notice of said Monition by publication in the

Case No. 11-23070-CIV-ALTONAGA/Simonton

*Daily Business Review*, as required by Supplemental Rule F and Local Rules F and A, once each week for four successive weeks before the return date of the Monition. Furthermore, by no later than the date of the second publication, Petitioner shall mail a copy of such notice to every person known to have a claim or potential claim arising out of the matters alleged in the Verified Complaint;

3. Petitioner shall file proof of publication of the notice to claimants with the Court within seven (7) days of the return date of the Monition, in accordance with Local Rule F(2);

4. The Order of August 31, 2011 **[ECF No. 4]** is **SET ASIDE** to the extent its direction to Petitioner to publish a notice of its claims and file proof of publication is inconsistent with this Order; and

5. All actions or proceedings against Petitioner, the Vessels, or any property of Petitioner, with respect to the matters alleged in the Verified Complaint, except in this action, are hereby **ENJOINED**. In addition, the further prosecution of any such actions or proceedings already commenced, is hereby **STAYED** and **ENJOINED**.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 8th day of September, 2011.

_____
**CECILIA M. ALTONAGA**
**UNITED STATES DISTRICT JUDGE**

cc:   counsel of record